FILED by __ CF __ D.C.

ELECTRONIC

**MAR 25, 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 10-20196-CR-KING/BANDSTRA
### Case No._____

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)
46 U.S.C. § 70507(b)

**UNITED STATES OF AMERICA**

**vs.**

**YIMMI BELLAIZAC-HURTADO,**
   a/k/a "Fausto,"
   a/k/a "El Zarco,"
   a/k/a "El Colorado,"
**PEDRO FELIPE ANGULO-RODALLEGA,**
   a/k/a "Pepito,"
**ALBEIRO GONZALEZ-VALOIS,**
   a/k/a "Tocayo," and
**LUIS CARLOS RIASCOS-HURTADO,**

                    **Defendants.**
_____/


## COUNT 1

Beginning at least as early as in or about October 2008, the exact date being unknown to the

Grand Jury, and continuing until at least on or about March 25, 2010, the defendants, while on board

a vessel subject to the jurisdiction of the United States,

**YIMMI BELLAIZAC-HURTADO,**
**a/k/a "Fausto,"**
**a/k/a "El Zarco,"**
**a/k/a "El Colorado,"**
**PEDRO FELIPE ANGULO-RODALLEGA,**
**a/k/a "Pepito,"**
**ALBEIRO GONZALEZ-VALOIS,**
**a/k/a "Tocayo,"**
**and**
**LUIS CARLOS RIASCOS-HURTADO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a); all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about March 1, 2010, the defendants, while on board a vessel subject to the jurisdiction of the United States,

**YIMMI BELLAIZAC-HURTADO,**
a/k/a "Fausto,"
a/k/a "El Zarco,"
a/k/a "El Colorado,"
**PEDRO FELIPE ANGULO-RODALLEGA,**
a/k/a "Pepito,"
**ALBEIRO GONZALEZ-VALOIS,**
a/k/a "Tocayo,"
**and**
**LUIS CARLOS RIASCOS-HURTADO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

2

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of property in which one or more of the defendants have an interest.

2.      Upon conviction of any violation of Title 46, United States Code, Sections 70506 or 70503, the defendants shall forfeit to the United States, any property that is used or intended for use to commit, or to facilitate the commission of, such violations.

All pursuant to Title 46, United States Code, Section 70507(a), as made applicable by Title 28, United States Code, Section 2461(c) and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
DUSTIN M. DAVIS
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

YIMMI BELLAIZAC-HURTADO, ET. AL.,

Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes _____   No _____
Number of New Defendants        _____
Total number of counts          _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      Yes
      List language and/or dialect      Spanish

4.    This case will take      6-8      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | X | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | X |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)      No
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      No
If yes:
Magistrate Case No.      _____
Related Miscellaneous numbers:      _____
Defendant(s) in federal custody as of      _____
Defendant(s) in state custody as of      _____
Rule 20 from the      _____      District of      _____

Is this a potential death penalty case? (Yes or No)      No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      _____ Yes      X   No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      _____ Yes      X   No

_____
DUSTIN M. DAVIS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501193

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: YIMMI BELLAIZAC-HURTADO**

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**      Life Imprisonment

Count #: 2

Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70503(a)

**\*Max. Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: PEDRO FELIPE ANGULO-RODALLEGA**

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**      Life Imprisonment

Count #: 2

Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70503(a)

**\*Max. Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ~~ALBEIRO GONZALEZ-VALOIS~~

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**     Life Imprisonment

Count #: 2

Possess with Intent to Distribute Cocaine On Board a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70503(a)

**\*Max. Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: LUIS CARLOS RIASCOS-HURTADO**

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine aboard a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**     Life Imprisonment

Count #: 2

Possession with Intent to Distribute Cocaine aboard a Vessel Subject to the Jurisdiction of the United States

Title 46, United States Code, Section 70503(a)

**\*Max. Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**